**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

YIU FAI LEE,

                Petitioner,

v.

ERIC HOLDER, JR., Attorney General of the United States, *et al*.,

                Respondents.

Case No. C11-1178-RSL-BAT

**REPORT AND RECOMMENDATION**

On July 14, 2011, petitioner, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging the lawfulness of his continued detention by the United States Immigration and Customs Enforcement ("ICE") pending his removal from the United States. Dkt. No. 1. Respondents were served with petitioner's habeas petition and have appeared in this action. Dkt. Nos. 4 and 6.

On August 4, 2011, however, petitioner filed a request to withdraw his habeas action, indicating that respondents have received a travel document from the Chinese Consulate for his removal to China. Dkt. No. 9. The Court, having reviewed petitioner's request for voluntary dismissal, hereby recommends that this action and all claims asserted herein be dismissed pursuant to Rule 41(a)(2), without prejudice and without fees or costs to either party.

REPORT AND RECOMMENDATION - 1

1  A proposed order accompanies this Report and Recommendation.

2  DATED this 8th day of August, 2011.

                                        _____
                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge

REPORT AND RECOMMENDATION - 2