1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8   YIU FAI LEE,                                          )
                                                        )
9                                        Petitioner,     )    Case No. C11-1178-RSL
                                                        )
10          v.                                           )    **ORDER OF DISMISSAL**
                                                        )
11   ERIC HOLDER, JR.,  Attorney General of the         )
     United States, *et al.*,                           )
12                                                       )
                                         Respondents.    )
13   _____)

        The Court, having reviewed petitioner's request for voluntary dismissal, the Report and

14

Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any

15

objections or responses to that, and the remaining record, finds and Orders as follows:

16

        1.      The Court adopts the Report and Recommendation;

17

        2.      Petitioner's request for voluntary dismissal, Dkt. No. 9, is **GRANTED**, and this
                action is **DISMISSED** without prejudice and without fees or costs to either party;
18              and

19

20

21

22

23

ORDER OF DISMISSAL- 1

1      3.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

2      DATED this 10th day of August, 2011.

3

4
                                                    _MMt S Caснik_
5                                                   Robert S. Lasnik
                                                    United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL- 2